1  **BURSOR & FISHER, P.A.**
   Sarah N. Westcot (State Bar No. 264916)
2  701 Brickell Ave, Suite 2100
   Miami, FL 33131-2800
3  Telephone: (305) 330-5512
   Facsimile: (305) 676-9006
4  E-mail: swestcot@bursor.com

5  *Counsel for Plaintiff*

6

7                    **UNITED STATES DISTRICT COURT**

8                    **NORTHERN DISTRICT OF CALIFORNIA**

9
   A.P., individually and on behalf of all others           Case No. 3:26-cv-00433
10 similarly situated,

11                             Plaintiff,                   **[PROPOSED] ORDER GRANTING**
                                                            **PLAINTIFF'S ADMINISTRATIVE**
12        v.                                                **MOTION TO PROCEED UNDER A**
                                                            **PSEUDONYM**
13 REAM FRANCHISE GROUP LLC, d/b/a
   GAMEDAY MEN'S HEALTH,
14
15                             Defendant.
16
17
18
19
20
21
22
23
24
25
26
27
28

|   |   |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | UPON THE ADMINISTRATIVE MOTION of Plaintiff A.P., it is hereby ordered: |
| 3 | Plaintiff may proceed with this action using the pseudonym Plaintiff A.P. and with a |
| 4 | caption reflecting this pseudonym. This order is without prejudice to the defendant's |
| 5 | objecting when they appear. |

IT IS SO ORDERED.

Date:   January 21, 2026

_____
United Magistrate Court Judge