UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

A.P., individually and on behalf of all others similarly situated

                                          ,

Plaintiff,

v.

REAM FRANCHISE GROUP LLC, d/b/a GAMEDAY MEN'S HEALTH

                                          ,

Defendant.

Case No.   4:26-cv-00433-HSG

**MOTION TO SUBSTITUTE LAW FIRM; ORDER**

On behalf of (party name) Ream Franchise Group, LLC d/b/a Gameday Men's Health, the following attorney(s)

    (1) move(s) to substitute as counsel of record,

    (2) certify they are members in good standing of this Court's bar,

    (3) attest to the consent of current counsel to be withdrawn, and

    (4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

J. Matthew Thornton and Brianna R. Howard, Ballard Spahr LLP

Name(s) of counsel withdrawing from representation and firm name:

Tambry L. Bradford, Troutman Pepper Locke LLP

Date: _____2/20/26_____

**ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: _____2/20/2026_____

UNITED STATES DISTRICT JUDGE
HAYWOOD S. GILLIAM, JR.