UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.P.<br><br>               Plaintiff,<br><br>   v.<br><br>REAM FRANCHISE GROUP, LLC D/B/A GAMEDAY MEN'S HEALTH,<br><br>               Defendant | Case No. 4:26-cv-00433-HSG<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** |

1

**ORDER**

Having considered the Parties' Joint Stipulation, the Court hereby ORDERS that good cause exists to extend Defendant Ream Franchise Group, LLC d/b/a Gameday Men's Health's deadline to answer or otherwise respond to the Complaint to and including April 27, 2026.

**IT IS SO ORDERED.**

Date: 3/26/2026

HON. HAYWOOD S. GILIAM JR.
UNITED STATES DISTRICT COURT JUDGE

2