UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

A.P., individually and on behalf of all others similarly situated ,

Plaintiff(s),

v.

REAM FRANCHISE GROUP LLC, d/b/a GAMEDAY MEN'S HEALTH ,

Defendant(s).

Case No. 4:26-cv-00433-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, J. Matthew Thornton , an active member in good standing of the bar of Minnesota and Colorado , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Ream Franchise Group, LLC d/b/a Gameday Men's Health in the above-entitled action. My local co-counsel in this case is Brianna R. Howard , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 314642 .

2000 IDS Center, 80 South 8th Street
Minneapolis, MN 55402-2119
MY ADDRESS OF RECORD

612.371.3211
MY TELEPHONE # OF RECORD

thorntonj@ballardspahr.com
MY EMAIL ADDRESS OF RECORD

2029 Century Park East, Suite 1400
Los Angeles, CA  90067-2915
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

424.204.4400
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

howardbr@ballardspahr.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 48803 (Colorado), 0402271 (Minnesota)

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ___3___ times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 20, 2025

J. Matthew Thornton
APPLICANT

================

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of J. Matthew Thornton is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 3/26/2026

Haywood S. Gill Jr.
UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California



# SUPREME COURT
## State of Colorado,

**STATE OF COLORADO, ss:**

I, ___**Cheryl Stevens**___, *Clerk of the Supreme Court of the State of Colorado, do hereby certify that*

___**J. Matt Thornton**___

*has been duly licensed and admitted to practice as an*

## ATTORNEY AND COUNSELOR AT LAW

*within this State; and that his/her name appears upon the Roll of Attorneys*

*and Counselors at Law in my office of date the ___**9th**___*

*day of ___**November**___ A.D. ___**2015**___ and that at the date*

*hereof the said ___**J. Matt Thornton**___ is in good standing at this Bar.*



**IN WITNESS WHEREOF**, *I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this*

___**14th**___ *day of* ___**January**___ *A.D.* ___**2025**___

*Cheryl Stevens*
_____
Clerk

By _____
Deputy Clerk

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing

J MATTHEW THORNTON

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

February 24, 2021

Given under my hand and seal of this court on

January 10, 2025



Emily J. Eschweiler, Director
Office of Lawyer Registration