**BALLARD SPAHR LLP**
Brianna R. Howard (SBN 314642)
howardbr@ballardspahr.com
J. Matthew Thornton (pro hac vice)
thorntonj@ballardspahr.com
2029 Century Park East, Suite 1400
Los Angeles, CA  90067-2915
Telephone:  424.204.4400
Facsimile: 424.204.4350

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| A.P.<br><br>            Plaintiff,<br><br>      v.<br><br>REAM FRANCHISE GROUP, LLC D/B/A GAMEDAY MEN'S HEALTH,<br><br>            Defendant. | Case No. 4:26-cv-00433-HSG<br><br>Assigned to Hon. Haywood S. Giliam, Jr., United States District Court Judge<br><br>**DEFENDANT'S RESPONSE TO MAY 6, 2026 ORDER TO SHOW CAUSE (DKT. 27)**<br><br>Action Filed:        January 15, 2026 |

DEFENDANT'S RESPONSE TO ORDER TO SHOW CAUSE        Case No. 4:26-cv-00433-HSG

Defendant Ream Franchise Group, LLC d/b/a Gameday Men's Health, by and through its undersigned counsel of record, respectfully submits this response to the Court's May 6, 2026 Order to Show Cause (Dkt. 27).

Defendant sincerely apologizes for any confusion or inconvenience caused by its absence at the May 5, 2026 case management conference. Undersigned counsel believed in good faith that the dismissal Plaintiff filed on April 28, 2026, was sufficient to satisfy the directive this Court gave in its April 9 Order for vacating the case management conference and to effectuate the closure of this case without further action from the Court pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

On April 8, 2026, the Parties filed a Joint Notice of Tentative Settlement (Dkt. 22) (the "Settlement Notice"). The Settlement Notice advised the Court that the parties had reached a tentative settlement and requested that the Court "vacate the case management conference currently scheduled for May 5, 2026, and stay all proceedings and deadlines (including Defendant's deadline to respond to the Complaint) until Friday, June 26, 2026." (*Id.*)

On April 9, 2026, the Court entered a minute order acknowledging receipt of the Settlement Notice. (Dkt. 23.) In that Order, the Court stated: "To the extent the parties seek to continue the case management conference scheduled for May 5, 2026, the request is DENIED unless and until a stipulated dismissal is filed before that date." (*Id.*)

In a good faith effort to comply with that Order, the parties conferred and agreed that Plaintiff should file a notice of voluntary dismissal to close the case, and preserve the court's resources by eliminating the need for a case management conference. On April 28, 2026, Plaintiff filed a Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Dkt. 24) (the "Dismissal Notice").

Undersigned counsel was under the impression that, pursuant to Rule 41(a)(1)(A)(i),because Defendant has not filed an answer to the Complaint or any dispositive motion,. Plaintiff's voluntary dismissal was self-executing and effective upon filing, without the need for any court order. *See, e.g., United States v. Real Prop. Located at 475 Martin Lane, Beverly Hills, CA*, 545 F.3d 1134, 1145 (9th Cir. 2008) (holding that "[a] voluntary dismissal

2

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA  90067-2915
Telephone: 424.204.4400

pursuant to Federal Rule of Civil Procedure 41(a)(1)(i) . . . requires no action on the part of the court," and that the "filing 'itself closes the file'" (internal citations omitted)).

Defense counsel's intention at all times was to comply with this Court's directives and alleviate the need for a case management conference. Undersigned counsel sincerely apologizes to the Court for any inconvenience his failure to appear at the May 5, 2026 case management conference may have caused. His absence was not the result of negligence, willful disregard, or any intent to show disrespect to the Court. Counsel nevertheless takes full responsibility for any misunderstanding and assures the Court that it will not happen again.

For the foregoing reasons, Defendant respectfully requests that the Court excuse counsel's absence at the May 5, 2026 case management conference and discharge the Order to Show Cause.

Respectfully submitted,

DATED:  May 6, 2026

**BALLARD SPAHR LLP**

By:  _/s/ Brianna R. Howard_
  J. Matthew Thornton
  Brianna R. Howard

_Attorneys for Defendant_

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA  90067-2915
Telephone: 424.204.4400

3

DEFENDANT'S RESPONSE TO ORDER TO SHOW CAUSE  Case No. 4:26-cv-00433-HSG

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of May, 2026, I electronically filed a true and correct copy of the foregoing **DEFENDANT'S RESPONSE TO MAY 6, 2026 ORDER TO SHOW CAUSE (DKT. 27)** through the Court's CM/ECF system, which will send a notice of electronic filing to the following:

**BURSOR & FISHER, P.A.**
Sarah N. Westcot (State Bar No. 264916)
701 Brickell Ave, Suite 2100
Miami, FL 33131-2800
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
E-mail: swestcot@bursor.com

*Counsel for Plaintiff*

**BALLARD SPAHR LLP**

BY: */s/ Brianna R. Howard*
    Brianna R. Howard

4
DEFENDANT'S RESPONSE TO ORDER TO SHOW CAUSE          Case No. 4:26-cv-00433-HSG