# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.P., individually and on behalf of all others similarly situated, | Case No. 4:26-cv-00433-HSG |
| Plaintiff, | **ORDER GRANTING THE CONDITIONAL DISMISSAL** |
| v. | |
| REAM FRANCHISE GROUP LLC, d/b/a GAMEDAY MEN'S HEALTH, | |
| Defendant. | |

The Parties hereto, by and through their counsel, having advised the Court that they have agreed to a settlement of this case,

IT IS HEREBY ORDERED the claims of Plaintiff A.P. be dismissed with prejudice as to Plaintiff and without prejudice as to the putative class.  However, if any Party hereto certifies to this Court, with proof of service of a copy thereon on opposing counsel, on or before June 26, 2026, that the agreed consideration for said settlement has not been delivered, the foregoing Order shall stand vacated, and this case shall forthwith be restored to the calendar to be set for trial.

**IT IS SO ORDERED.**

Dated: 5/11/2026

_____
HON. HAYWOOD S. GILLIAM, JR
United States District Judge

ORDER GRANTING CONDITIONAL DISMISSAL
CASE NO. 4:26-CV-00433-HSG                                                    4